"Appellant complains of the sentence because under a plea of guilty entered to several counts of an indictment the court imposed a sentence longer than might have been imposed under any one of the counts but less than the aggregate of the sentences that might have been imposed under all of them. This was unquestionably proper. Neely v. United States, 4 Cir., 2 F.2d 849."

Affirmed.

PER CURIAM.

The motion of appellee to dismiss appeals is granted upon the ground that an appeal from an order granting a new trial is not appealable. See Bateman v. Donovan, 9 Cir., 1942, 131 F.2d 759; United States v. Hayes, 9 Cir., 172 F.2d 677, 679.

**Leslie H. HARRY, Appellant,**

v.

**Edgar C. NEWELL, Appellee.**

**Nos. 15239, 15240.**

United States Court of Appeals
Ninth Circuit.

Oct. 2, 1956.

Vergeer & Samuels, Duane Vergeer, Portland, Or., for appellant.

Sabin & Malarkey, Verne W. Newcomb, Portland, Or., for appellee.

Before STEPHENS, CHAMBERS, and HAMLEY, Circuit Judges.

**UNION CARBIDE & CARBON CORPORATION, Appellant,**

v.

**James A. STAPLETON, Appellee.**

**No. 12535.**

United States Court of Appeals
Sixth Circuit.

Oct. 5, 1956.

